UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

05 11662 RWZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | Property: |
| v. | ) | 469 Washington Street |
| | ) | Walpole, Massachusetts |
| | ) | |
| 469 WASHINGTON STREET, | ) | Record Owner: |
| WALPOLE MASSACHUSETTS, | ) | Patrice Smith |
| | ) | |
| | ) | Norfolk County |
| | ) | |
| Defendant. | ) | Registry of Deeds |
| | ) | Book: 21168   Page: 232 |

**LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Verified Complaint for Forfeiture in Rem (the "Complaint"), to be filed against the real property located at 469 Washington Street, Walpole, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Defendant Property"). For title to the Defendant Property, see Book 21168, Page 232, of the Norfolk County Registry of Deeds.

The Complaint alleges that the Defendant Property constitutes real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §841, 846, and/or 856, and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. §881(a)(7).

For title to the Defendant Property, see Book 21168, Page 232, of the Norfolk County Registry of Deeds, reflecting the conveyance of the property by Quitclaim Deed on June 16, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By: /s/ Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated: 8/11/05

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Jennifer H. Zacks, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Jennifer H. Zacks
Assistant U.S. Attorney

Dated: 8/11/05

Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 11th day of August, 2005.

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

NOTARY PUBLIC
My Commission expires: 5/29/09

_____
Lisa J. Talbot

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge
Date: 8/15/05

3