**05 11662 RWZ**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

IN THE MATTER OF THE APPLICATION        )
OF THE UNITED STATES OF AMERICA         )  Civil Action No.
FOR AN ORDER AUTHORIZING THE            )
INTERCEPTION OF WIRE COMMUNICATIONS     )

### APPLICATION OF THE UNITED STATES, PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 2517 FOR AN ORDER APPROVING THE DISCLOSURE OF INTERCEPTED COMMUNICATIONS

The United States of America, by and through its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, requests that this Court issue an order pursuant to Title 18, United States Code, Section 2517, approving a limited disclosure of intercepted communications for the purposes of the United States' prosecution of an *in rem* civil forfeiture proceeding under 21 U.S.C. §887(a)(7), for the reasons set forth below:

1. On the application of the United States, the Honorable George A. O'Toole, Jr., United States District Judge of the United States District Court for the District of Massachusetts, issued a series of orders between April 19, 2005, and July 14, 2005, permitting Title III wiretaps on nine different cell phones used by Targets of the investigation.

2. On April 19, 2005, U.S. District Judge George A. O'Toole, Jr. for the District of Massachusetts signed an order authorizing the interception of wire communications to and from the cellular telephone number used by Husie A. Joyner, assigned call number (617) 388-8691, bearing Electronic Serial Number ("ESN") 2D011AAB, and subscribed to in the name of Nigel Seale, 49 Woodruff Way,

Mattapan, Massachusetts (the "Joyner Target Telephone"); and the cellular telephone used by Gregory R. Bing, assigned call number (617) 970-4622, bearing ESN 2D4741D2, and subscribed to in the name of Katrina Matthews, 40 Vallor Road, East Boston, Massachusetts, (the "Bing Target Telephone").

3. On May 20, 2005, Judge O'Toole signed an order authorizing a thirty day extension of interception of wire communications to and from the same target telephones. On June 19, 2005, United States Drug Enforcement Agency ("DEA") discontinued the interception of wire communications over telephone number (617) 388-8691, the Joyner Target Telephone, pursuant to the Court's order. On June 2, 2005, DEA discontinued the interception of wire communications over telephone number (617) 970-4622, the Bing Target Telephone.

4. On May 11, 2005, U.S. District Judge George A. O'Toole, Jr. for the District of Massachusetts signed an order authorizing the interception of wire communications to and from the cellular telephone number used by Husie A. Joyner, assigned call number assigned call number (617) 642-0420, which is a Pre-Paid T-Mobile cellular telephone bearing IMSI number 310260401932303, with no subscriber information provided ("Joyner Target Telephone #2"). The interception of wire interceptions over Joyner Target Telephone was discontinued on June 9, 2005.

5. On May 25, 2005, U.S. District Judge George A. O'Toole, Jr. for the District of Massachusetts signed an order authorizing the interception of wire communications to and from the cellular

telephone number used by "Willie" assigned call number (617) 938-9754, which is a Pre-Paid T-Mobile cellular telephone bearing IMSI number 310260401932303, subscribed to Inocente Quijada with no further subscriber information provided (the "Quijada Target Telephone"). The interception of wire communications over the Quijada Target Telephone were discontinued on June 1, 2005.

6. On June 16, 2005, U.S. District Rya W. Zobel for the District of Massachusetts (acting in lieu of Judge George A. O'Toole, Jr.) signed an order authorizing the interception of wire and electronic communications to and from telephone number (857) 492-1386 (Bing Target Telephone #2 used by Gregory Bing) and telephone number (857) 492-1070 (Joyner Target Telephone #3 used by Husie Joyner). On July 14, 2005, Judge O'Toole signed an order authorizing a thirty day extension of interception of wire communications to and from Joyner Target Telephone #3. The interception of wire communications over Bing Target Telephone #2 were discontinued on July 15, 2005 pursuant to the Court's June 16, 2005, order. On July 22, 2005, the interception of wire communications over Joyner Target Telephone #2 were discontinued due to the arrest of target subjects Gregory Bing, Anthony Smith, Gerard Kimble, and Donnelle Joyner.

7. On July 8, 2005, U.S. District Judge George A. O'Toole, Jr. for the District of Massachusetts signed an order authorizing the interception of wire communications to and from: cellular telephone number 617-406-8409, IMSI 316010029453153 and UFMI or "direct connect" number 180*270816*7, subscribed to in the name of

Alberto Romero, 68 Williams St., Jamaica Plain, Massachusetts used by Alberto Romero (the "Romero Target Telephone"); and cellular telephone number 617- 519-4782, bearing ESN 04107826195, subscribed to Yasmil Frias, 115 Homestead St #8, Dorchester, Massachusetts, used by "Willie" (the "Frias Target Telephone"). The interception of the Romero Target Telephone was discontinued on July 25, 2005 due to the arrest of Alberto Romero. The interception of the Frias TT was discontinued on July 25, 2005 due to the arrest of "Willie" (now identified as William Arias, a/k/a Hector Figueroa-Garcia) in New Jersey on July 26, 2005.

8. On July 14, 2005, U.S. District Judge George A. O'Toole, Jr. for the District of Massachusetts signed an order authorizing the interception of wire communications to and from the cellular telephone number used Anthony Smith assigned call number (617) 918-3640, bearing IMSI number 316010029447808 and UFMI or "direct-connect" number 180*80079*8, subscribed to Shoe Fetish, 569 Columbus Avenue, Boston, Massachusetts (hereinafter referred to as the "Smith Target Telephone"). The interception of wire communications to and from the Smith Target Telephone were discontinued on July 22, 2005, due to the arrest of Anthony Smith.

9. Pursuant to the Court's orders, Special Agents of the United States Drug Enforcement Administration were authorized to intercept conversations concerning violations of, among other specified statutes, 21 U.S.C. §841 (Possession With Intent to Distribute and Distribution of Cocaine and Cocaine Base) and 21 U.S.C. §846 (Conspiracy to Possess with Intent to Distribute

4

Cocaine and Cocaine Base). As has been previously reported to the Court, numerous conversations relating to Husie A. Joyner's, Gregory R. Bing's, Anthony Smith and other's drug trafficking activities were intercepted during the authorization period.

10. On July 22, 2005, a criminal Complaint was filed in Case No. 05-1703, charging Husie Joyner and five co-defendants (Gregory Bing, Donnelle Joyner, Anthony Smith, Ralph House, and Gerard Kimble) with knowingly and intentionally conspiring to distribute cocaine and cocaine base, in violation of 21 U.S.C. §841(a)(1) and §846. The criminal case against these defendants is proceeding.

11. At the same time as the criminal proceeding, the United States also intends to seek civil forfeiture of 469 Washington Street pursuant to 21 U.S.C. §881(a)(7) by filing a Verified Complaint for Forfeiture In Rem, as 469 Washington Street constitutes real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§841, 846, and/or 856.

12. In order to prepare and file its verified forfeiture complaint and supporting affidavit and to comply with its civil discovery obligations, the United States will need to rely upon to a large extent, and will need to disclose in its pleadings to a more limited extent, information with respect to the drug trafficking of Husie A. Joyner, Gregory Bing, Anthony Smith, their codefendants and other cocaine associates and individuals which was obtained in the course of the authorized electronic surveillance.

WHEREFORE, the United States requests that the Court:

(1) Issue an Order in the form submitted herewith, approving the limited disclosure of intercepted communications for the purposes the civil forfeiture proceeding under 18 U.S.C. §881(a)(7).

(2) Maintain this Motion, the proposed order, and any order issued by the Court under seal, pending further order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated:   August 11, 2005