UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>  Plaintiff,)<br>)<br>)<br>v.  )<br>)<br>)<br>469 WASHINGTON STREET, )<br>WALPOLE MASSACHUSETTS, )<br>  Defendant. )<br>) | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No.<br><br>**05 11662 RWZ** |

RWZ

## ~~PROPOSED~~ ORDER APPROVING THE DISCLOSURE OF INTERCEPTED COMMUNICATIONS

Based upon the facts and information contained in the Application of the United States on August 11, 2005, submitted to me in support of this Order, my review of all documents previously submitted in connection with the Application, execution and return of a warrants recently, this Court hereby authorizes disclosure of wire communications which were intercepted pursuant to the wiretap Warrants, and all amendments and renewals thereof, for all purposed permitted under 18 U.S.C. 2517, including, in connection with the above caption civil forfeiture proceeding.

_____
U.S. District Judge

Date: 8/15, 2005