UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>469 WASHINGTON STREET,<br>WALPOLE MASSACHUSETTS,<br>        Defendant. | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No.<br><br>**05  11662 RWZ** |

**WARRANT AND MONITION**

To: The United States Marshal for the District of Massachusetts, or his Deputies

<u>You Are Hereby Commanded</u> to give notice to all persons concerned that a Verified Complaint for Forfeiture <u>In Rem</u> (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant property which consists of the real property located at 469 Washington Street, Walpole, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Defendant Property"), more particularly described in the Complaint for the forfeiture of the Defendant Property to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 881(a)(7).

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

    (1) Publishing notice of the United States' intent to forfeit the Defendant Property at least once for three (3)

        successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District;

(2) Serving the Defendant Property by posting a copy of this Warrant and Monition and the Complaint upon the Defendant Property; and

(3) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Patrice Smith
469 Washington Street
Walpole, MA 02032

Tax Assessor's Office
135 School Street
Walpole, MA  02081

Option One Mortgage Corporation
P.O. Box 57096
Irvine, CA 92619-7096
Loan Number: 231050989

Anthony Smith
469 Washington Street
Walpole, MA 02032

Thomas J. Butters
As counsel for Anthony Smith
Butters Brazillian LLP
One Exeter Plaza
Boston, MA 02116

Matthew D. Thompson
As counsel for Anthony Smith
Butters Brazillian LLP
One Exeter Plaza
Boston, MA 02116

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

<u>You Are Further Commanded</u> that pending further order of the Court, you are **not** to take possession of, seize, or otherwise take into custody the Defendant Property, and you are **not** responsible

for the care or maintenance of the Defendant Property during the pendency of this forfeiture action.

You Are Further Commanded, if you are granted permission by the owners or possessors of the Defendant Property, to enter and forthwith conduct an inventory and inspection thereof.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Property, or assert that the Defendant Property should not be condemned and disposed of pursuant to the prayer of the Verified Complaint for Forfeiture In Rem.  Upon execution of this process, you are directed to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY, MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT.  ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR

CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION ASSET FORFEITURE GROUP.

Sarah A. Thornton, Clerk
U.S. District Court

By: _____
Deputy Clerk

Date: 8/15/____, 2005

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: August 15, 2005

4