

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>469 WASHINGTON STREET,<br>WALPOLE, MASSACHUSETTS,<br>            Defendant. | )<br>) **FILED EX PARTE AND UNDER SEAL**<br>)<br>) Civil Action No. 05-11662-RWZ<br>)<br>)<br>)<br>)<br>) |

### MOTION TO UNIMPOUND

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court unimpound the Verified Complaint for Forfeiture In Rem, including the attached affidavit; the Warrant and Monition; the Motion for Ex Parte Finding and Endorsement of Memorandum of Lis Pendens; and the Lis Pendens, which were filed in connection with this instant civil action on August 11, 2005. The United States initially sought to impound these filings for a brief period in order to avoid the substantial risk that the real property located at 469 Washington Street, Walpole, Massachusetts, (the "Defendant Property"), subject to forfeiture, would otherwise be transferred or encumbered when the owner learned of the Verified Complaint for Forfeiture against the Defendant Property.

On August 15, 2005, the United States District Court *Endorsed* the Government's Lis Pendens with respect to the Defendant Property subject to forfeiture, and on August 29, 2005, the Lis Pendens was recorded at the Norfolk County Registry of Deeds. Furthermore, certified copies of the Court endorsed Lis Pendens were sent to

2005, the <u>Lis Pendens</u> was recorded at the Norfolk County Registry of Deeds. Furthermore, certified copies of the Court endorsed <u>Lis Pendens</u> were sent to Patrice Smith, Anthony Smith, Thomas J. Butters, Matthew Thompson, Option One Mortgage, and the Tax Assessor via certified mail.

  The United States hereby requests that this Court unimpound all of the documents which have been filed in this civil forfeiture action so that they may be promptly served upon any and all interested parties and their attorneys, along with any other individuals and/or financial institutions having or believed to have an interest in the Defendant Property which is subject to forfeiture.

WHEREFORE, the United States requests that the Court unimpound all of the documents listed above, which have been filed in this civil forfeiture matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jennifer H. Zacks

JENNIFER H. ZACKS
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3283

Dated: ~~September 1~~ October 28, 2005

APPROVED AND SO ORDERED:

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE
Dated: October 28, 2005

3