UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>469 WASHINGTON STREET,<br>WALPOLE, MASSACHUSETTS,<br><br>Defendant. | CA No. 05-11661-RWZ<br><br>Property:<br>469 Washington Street<br>Walpole, Massachusetts<br><br>Record Owner:<br>Patrice Smith<br><br>Norfolk County<br><br>Registry of Deeds:<br>Book: 21168  Page: 232 |

## NOTICE OF APPEARANCE

Please notice the appearance of James E. O'Connell III, with the law firm of Korde & Associates, as counsel for Option One Mortgage Corporation. Option One Mortgage Corporation is an interested party due to its position as first lien mortgage holder of record for the above-referenced property.

Respectfully submitted:
OPTION ONE MORTGAGE CORPORATION
By its attorney,

_____
James E. O'Connell III (BBO #637960)
Korde & Associates, P.C.
321 Billerica Road
Chelmsford, MA 01824
Tel: 978-256-1500

DATED: November 14, 2005

## CERTIFICATE OF SERVICE

I, James E. O'Connell III, hereby certify that on November 14, 2005, a true copy of the above document was served upon Jennifer H. Zacks, Esq, the only attorney of record in this matter, via United States mail.

_____
James E. O'Connell III