UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | No. 05-cv-11662-RWZ |
| 469 WASHINGTON STREET, WALPOLE MASSACHUSTTS, Defendant. | ) ) ) ) ) | |

## ANSWER

Patrice Smith ("Smith"), the Claimant in the above-captioned matter, hereby answers the *Verified Complaint for Forfeiture In-Rem* (the "Complaint") as follows:

1. Paragraph 1 of the Complaint is a statement of law containing no factual allegations and, therefore, requires no answer.

2. Admit.

3. Paragraph 3 of the Complaint is a statement of law containing no factual allegations and, therefore, requires no answer.

4. Deny.

5. Paragraph 5 of the Complaint consists of legal arguments and conclusions of law that require no answer. To the extent an answer is required, the Claimant denies the allegations.

The remainder of the Complaint consists of prayers for relief that require no answer.

## FIRST AFFIRMATIVE DEFENSE

The Claimant is an innocent owner of the defendant property.

## SECOND AFFIRMATIVE DEFENSE

Forfeiture of the defendant property would violate the Excessive Fines Clause of the Eight Amendment of the United States Constitution.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff has insufficient evidence to support the forfeiture of the defendant property under 21 U.S.C. § 881.

## FOURTH AFFIRMATIVE DEFENSE

The search of the defendant property violated the Fourth Amendment of the United States Constitution.

WHERFORE, the Claimant requests the Court:

1. Enter judgment in favor of the Claimant;
2. Award attorneys fees and costs to the Claimant;
3. Grant other such relief as the Court deems just.

SMITH DEMANDS A JURY TRIAL ON ALL CLAIMS SO TRIABLE.

3

                                              Respectfully submitted,
                                              PATRICE SMITH
                                              By her attorneys,

                                              _/s/ Thomas J. Butters_
                                              Thomas J. Butters
                                              B.B.O #068260
                                              Matthew D. Thompson
                                              B.B.O. #655225
                                              BUTTERS BRAZILIAN LLP
                                              One Exeter Plaza
                                              Boston, Massachusetts 02116
                                              (617) 367-2600

Dated: November 28, 2005