UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-cv-11662-RWZ |
| | ) | |
| 469 WASHINGTON STREET, | ) | |
| WALPOLE MASSACHUSTTS, | ) | |
| Defendant. | ) | |

### VERIFIED STATEMENT OF INTEREST

Patrice Smith ("Smith") hereby makes claim to the Defendant property. Smith is the actual owner of the Defendant property.

### VERIFICATION

I, Patrice Smith, verify on oath and solemn affirmation that the contents of the above document are true and accurate to the best of my knowledge. Signed under the pains and penalties of perjury, this 28th day of November, 2005.

Dated: November 28, 2005

_____
Patrice Smith

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                              November 28, 2005

On this 28th day of November, 2005, before me, the undersigned notary public, personally appeared Patrice Smith, proved to me through satisfactory evidence of identification, which was ___ photographic identification with signature issued by a federal or state government agency, ___ oath or affirmation of a credible witness, _X_ personal knowledge of the undersigned, to be the persons whose names are signed on the preceding document, and acknowledged to me that they signed it voluntarily for its stated purpose.

_____
, Notary Public
My commission expires:

```
MATTHEW D. THOMPSON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 9, 2009
```

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>v.<br><br>469 WASHINGTON STREET,<br>WALPOLE MASSACHUSTTS,<br>     Defendant. | No. 05-cv-11662-RWZ |

**CERTIFICATE OF SERVICE**

I certify that on this date true copies of the *Verified Statement of Interest* and *Answer* in the above-captioned matter were served upon Jennifer H. Zacks, Assistant United States Attorney, United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, by first class mail, postage pre-paid.

                    /s/ Thomas J. Butters
                    Thomas J. Butters
                    B.B.O #068260
                    BUTTERS BRAZILIAN LLP
                    One Exeter Plaza
                    Boston, MA 02116
                    617-367-2600
                    butters@buttersbrazilian.com