| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER<br>No. 05-11662-RWZ | |
| DEFENDANT<br>469 WASHINGTON STREET, WALPOLE, MA | | TYPE OF PROCESS<br>Verified Complaint and Warrant & Monition | |

FILED
IN CLERKS OFFICE
2005 DEC -6 P 4:12
U.S. DISTRICT COURT
DISTRICT OF MASS.

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Anthony Smith |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>P.O. Box 100, Walpole, MA 02081 Marshal #: 25722038 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Jennifer Zacks, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.
CATS No. 05-DEA-456798                                                      KAB x.3294

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>November 8, 2005 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/9/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>11/17/05 | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 11/14/05 certified mail: 7002 0510 0004 1358 1584
11/16/05 date of delivery                                                      (2)

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT