**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | No. 05-11662-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 469 WASHINGTON STREET, WALPOLE, MA | Verified Complaint and Warrant & Monition |

FILED
IN CLERKS OFFICE

2005 DEC -6 P 4:12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Thomas J. Butters, as counsel for Anthony Smith |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | Butters Brazillian LLP, One Exeter Plaza, Boston, MA 02116 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Jennifer Zacks, Assistant U.S. Attorney | Number of parties to be served in this case | |
| United States Attorney's Office | | |
| John Joseph Moakley United States Courthouse | Check for service on U.S.A. | |
| 1 Courthouse Way, Suite 9200 | | |
| Boston, MA 02210 | | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.
CATS No. 05-DEA-456798                                                                                  KAB x.3294

| Signature of Attorney or other Originator requesting service on behalf of : | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (617) 748-3100 | DATE November 8, 2005 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 11/9/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 11/16/05 | Time | am pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 11/9/05  ctd mail : 7002 0510 0004 1358 1553
11/15/05  DATE OF DELIVERY

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT