```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
            Plaintiff,          )
                                )Civil Action No. 05-11662-RWZ
        v.                      )
                                )
469 WASHINGTON STREET,          )
WALPOLE, MASSACHUSETTS,         )
            Defendant.          )
_____)
                                )
PATRICE SMITH,                  )
            Claimant.           )
```

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and claimant Patrice Smith, by her attorney, Thomas J. Butters, submit this Joint Statement to the Court pursuant to Local Rule 16.1.

Local Rule 16.1 requires that the parties confer and confirm their obligation to limit discovery, propose a schedule for discovery and the filing of pre-trial motions, and request that the Court schedule a hearing on dispositive motions or act upon the motions without hearing.

However, in this case, on December 12, 2005, the parties filed a Joint Motion to Stay this civil forfeiture action pursuant to 18 U.S.C. §981(g), pending completion of the related criminal proceeding, United States v. Joyner et al., 05-CR-10239-RCL. If the Motion to Stay is granted, discovery will be postponed until the completion of the related criminal proceeding. As of today's

date, January 6, 2006, the Court has not ruled on this Joint Motion to Stay.

A Scheduling Conference in this case is scheduled for January 11, 2006. If the Court grants the Joint Motion to Stay, there will be no need for the Scheduling Conference or a discovery schedule since no discovery will be necessary at this time because the case will be stayed pending the outcome of the criminal proceeding. Consequently, the parties believe it premature to propose a discovery schedule until the Court had ruled on the Joint Motion to Stay.

## **CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Patrice Smith, by her attorney, Thomas J. Butters, submit this Joint Statement Certification pursuant to Local Rule 16.1(D)(3).

The parties hereby certify that undersigned counsel and an authorized representative of the Defendant Property have conferred:

   (a)   with a view to establishing a budget for the costs of conducting the full course and various alternative course of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

| By: /s/ Thomas J. Butters/jhz | By: /s/ Jennifer H. Zacks |
|---|---|
| THOMAS J. BUTTERS, ESQUIRE | JENNIFER H. ZACKS |
| Counsel for Patrice Smith | Assistant U.S. Attorney |
| Butters Brazilian LLP | 1 Courthouse Way, Suite 9200 |
| One Exeter Plaza | Boston, MA 02210 |
| Boston, MA 02116 | 617-748-3109 |
| Dated: January 6, 2006 | Dated: January 6, 2006 |