UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA, )
              Plaintiff, )
                         )      Civil Action No. 05-11662-RWZ
          v.             )
                         )
469 WASHINGTON STREET,   )
WALPOLE, MASSACHUSETTS,  )
          Defendant.     )
_____)
                         )
PATRICE SMITH,           )
          Claimant.      )
_____)
```

## ORDER FOR STAY OF CIVIL FORFEITURE CASE

ZOBEL, D.J.:

WHEREAS, the United States of America and Patrice Smith, by her attorney, Thomas J. Butters, have moved for a stay of this civil forfeiture action pursuant to 18 U.S.C. §981(g), on the ground that proceeding with this civil forfeiture action will adversely affect the prosecution of a related criminal case;

AND WHEREAS, on August 11, 2005, the United States filed a Verified Complaint for Forfeiture in Rem against 469 Washington Street, Walpole, Massachusetts ("469 Washington Street"), alleging that 469 Washington Street is subject to forfeiture pursuant to 21 U.S.C. §881(a)(7), as it represents real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§841, 846, and/or 856;

AND WHEREAS, on August 15, 2005, after finding probable cause for forfeiture, this Court endorsed a Lis Pendens on 469 Washington Street which was recorded on August 29, 2005 at the Norfolk County

Registry of Deeds, Book 22834, Page 396-401. On or about November 28, 2005, Patrice Smith, by her attorneys, filed an Answer to the Verified Complaint, and on November 29, 2005, she filed a Verified Statement of Interest to 469 Washington Street;

AND WHEREAS, on September 8, 2005, a sixteen-count Indictment was returned in this district, in United States v. Joyner et al., 05-CR-10239-RCL, charging Anthony Smith and others (collectively "the Defendants") with Conspiracy to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. §846 (Count One).[1] The Indictment also included a forfeiture allegation stating that, in the event of their conviction, the Defendants would forfeit, pursuant to 21 U.S.C. §853, certain assets to the United States. The assets named in the forfeiture allegation specifically included 469 Washington Street, the in Rem defendant in this civil forfeiture action;

AND WHEREAS, United States v. Joyner et al., 05-CR-10239-RCL, is based on the same facts and circumstances surrounding this civil forfeiture action, and is a related case within the meaning of 18 U.S.C. §981(g);

AND WHEREAS, a stay of this civil forfeiture action is necessary in order to prevent civil discovery from circumventing the limitations imposed upon discovery in the related federal criminal proceeding and avoid adversely affecting the related

---

[1] The remaining counts of the Indictment did not name Anthony Smith.

2

federal criminal proceeding.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

1.   The United States' and Patrice Smith's Joint Motion for Stay of this civil forfeiture case is allowed.

2.   This civil forfeiture action shall be stayed, pending completion of criminal proceedings in United States v. Joyner et al., 05-CR-10239-RCL.

DONE and ORDERED in Boston, Massachusetts this ___ day of December, 2006.

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

3