```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
          Plaintiff,       )
                           )    Civil Action No. 05-11662-RWZ
     v.                    )
                           )
469 WASHINGTON STREET,     )
WALPOLE, MASSACHUSETTS,    )
          Defendant.       )
_____)
                           )
PATRICE SMITH,             )
          Claimant.        )
_____)
```

### STATUS REPORT

On January 11, 2006, the Court stayed the above-captioned civil forfeiture action and ordered counsel to report on the status of the related criminal proceeding, United States v Joyner et al., Docket No. 05-CR-10239-RCL, every six months.

At this time, the related criminal case is still pending. Recent activity in Joyner includes an eighty-count Superseding Indictment, which was returned on May 11, 2006, which named one additional Defendant, and a Bill of Particulars for Forfeiture of Assets was filed on May 19, 2006. On May 18, 2006, fourteen of the defendants were arraigned.[1] A status conference is scheduled for August 2, 2006.

---

[1] The remaining defendants were arraigned on May 22, May 23, and May 24, 2006.

     As directed by the Court, the United States will file its next status report on or before January 11, 2007.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN

                              United States Attorney,
                              /s/ Jennifer H. Zacks
                              JENNIFER H. ZACKS
                              Assistant U.S. Attorney
                              United States Courthouse
                              Suite 9200
                              1 Courthouse Way
                              Boston, MA 02210
Date: July 7, 2006            (617) 748-3100
```

**CERTIFICATE OF SERVICE**

    I, Jennifer H. Zacks, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ Jennifer H. Zacks
                                              JENNIFER H. ZACKS
                                              Assistant U.S. Attorney

Dated: July 7, 2006