```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA,  )
            Plaintiff,     )
                           )   Civil Action No. 05-11662-RWZ
       v.                  )
                           )
469 WASHINGTON STREET,     )
WALPOLE, MASSACHUSETTS,    )
            Defendant.     )
_____)
                           )
PATRICE SMITH,             )
            Claimant.      )
_____)
```

## STATUS REPORT

On January 11, 2006, the Court stayed the above-captioned civil forfeiture action and ordered counsel to report on the status of the related criminal proceeding, <u>United States v Joyner et al.</u>, Docket No. 05-CR-10239-RCL, every six months.

At this time, the related criminal case is still pending. Recent activity in <u>Joyner</u> includes a status conference that was held on December 5, 2006. At that conference, the Court, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, ordered that the case must be tried on or before <u>Friday, May 25, 2007</u>.

     As directed by the Court, the United States will file its next status report on or before July 12, 2007.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN

                                      United States Attorney,

                                      <u>/s/ Kristina E. Barclay</u>
                                      KRISTINA E. BARCLAY
                                      Assistant U.S. Attorney
                                      United States Courthouse
                                      Suite 9200
                                      1 Courthouse Way
                                      Boston, MA 02210
Date: January 11, 2007         (617) 748-3100

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                       /s/ Kristina E. Barclay
                                       KRISTINA E. BARCLAY
                                       Assistant U.S. Attorney

Dated: January 11, 2007