```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA, )
         Plaintiff, )
                      ) Civil Action No. 05-11662-RWZ
    v.             )
                       )
469 WASHINGTON STREET, )
WALPOLE, MASSACHUSETTS, )
         Defendant. )
                       )
                       )
PATRICE SMITH, )
         Claimant. )
                       )

**STATUS REPORT**

     On January 11, 2006, the Court stayed the above-captioned civil forfeiture action and ordered counsel to report on the status of the related criminal proceeding, United States v Joyner et al., Docket No. 05-CR-10239-RCL, every six months.

     In the criminal action, defendant Anthony Smith, the husband of the Claimant in this matter, has joined his codefendants' motion to suppress evidence obtained during a Title III intercept of various telephones, Docket Entry 319, and has filed his own motion to suppress evidence obtained during a search of his residence, 469 Washington Street (the Defendant res in this case), Docket Entry 60. The Court granted an evidentiary hearing on both motions. The hearing on the wiretap evidence is currently ongoing. The hearing on the motion to suppress evidence obtained during the search warrant is scheduled for September 11, 2007. See 05-CR-10239-RCL, entries dated June 27, 2007.

Accordingly, the government respectfully submits that while these motions are pending, the stay in this matter should continue.

As directed by the Court, the United States will file its next status report on or before January 11, 2007.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>
>United States Attorney,

Date: July 6, 2007

>/s/ Nancy Rue
>KRISTINA E. BARCLAY
>NANCY RUE
>Assistant U.S. Attorney
>United States Courthouse
>Suite 9200
>1 Courthouse Way
>Boston, MA 02210
>(617) 748-3100

## CERTIFICATE OF SERVICE

I, Nancy Rue, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>/s/ Nancy Rue
>NANCY RUE
>Assistant U.S. Attorney

Dated: July 6, 2007