```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
           Plaintiff,     )
                          )    Civil Action No. 05-11662-RWZ
     v.                   )
                          )
469 WASHINGTON STREET,    )
WALPOLE, MASSACHUSETTS,   )
           Defendant.     )
_____)
                          )
PATRICE SMITH,            )
           Claimant.      )
_____)
```

**NOTICE OF APPEARANCE**

    The United States of America hereby gives notice that Assistant United States Attorney Nancy Rue will be appearing for the government in the above captioned matter.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN

                                United States Attorney,

                                <u>/s/ Nancy Rue</u>
                                KRISTINA E. BARCLAY
                                NANCY RUE
                                Assistant U.S. Attorney
                                United States Courthouse
                                Suite 9200
                                1 Courthouse Way
                                Boston, MA 02210

Date: July 6, 2007       (617) 748-3100

**CERTIFICATE OF SERVICE**

    I, Nancy Rue, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Nancy Rue  
    NANCY RUE  
    Assistant U.S. Attorney

Dated: July 6, 2007