UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
Plaintiff,

v.

469 WASHINGTON STREET,
WALPOLE, MASSACHUSETTS,

Defendant.

CA No. 05-11662-RWZ

Property:
469 Washington Street
Walpole, Massachusetts

Record Owner:
Patrice Smith

Norfolk County

Registry of Deeds:
Book: 21168  Page: 232

**NOTICE OF APPEARANCE**

Please notice the appearance of Victor Manougian, with the law firm of Korde & Associates, as counsel for Option One Mortgage Corporation.  Option One Mortgage Corporation is an interested party due to its position as first lien mortgage holder of record for the above-referenced property.

Respectfully submitted:
OPTION ONE MORTGAGE CORPORATION
By its attorney,

_____ _____

Victor Manougian
Korde & Associates, P.C.
321 Billerica Road
Chelmsford, MA 01824
Tel: 978-256-1500

DATED: October 23, 2007

**CERTIFICATE OF SERVICE**

I, Victor Manougian, hereby certify that on October 23, 2007, a true copy of the above document was served upon Jennifer H. Zacks, Esq, the only attorney of record in this matter, via United States mail.

_____

Victor Manougian