```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
            Plaintiff,    )
                          )    Civil Action No. 05-11662-RWZ
       v.                 )
                          )
469 WASHINGTON STREET,    )
WALPOLE, MASSACHUSETTS,   )
            Defendant.    )
_____)
                          )
PATRICE SMITH,            )
            Claimant.     )
_____)
```

**STATUS REPORT**

On January 11, 2006, the Court stayed the above-captioned civil forfeiture action and ordered counsel to report on the status of the related criminal proceeding, United States v Joyner et al., Docket No. 05-CR-10239-RCL, every six months.

In the criminal action, defendant Anthony Smith, the husband of the Claimant in this matter, has joined his codefendants' motion to suppress evidence obtained during a Title III intercept of various telephones, Docket Entry 319, and has filed his own motion to suppress evidence obtained during a search of his residence, 469 Washington Street (the Defendant res in this case), Docket Entry 60. The Court granted an evidentiary hearing on both motions. The hearing on the wiretap evidence is currently ongoing. The hearing on the motion to suppress evidence obtained during the search warrant was scheduled for September 11, 2007. See 05-CR-10239-RCL, entries dated June 27, 2007. Subsequently, on September 5, 2007,

this hearing was cancelled and has not yet been rescheduled.

Accordingly, the government respectfully submits that while these motions are pending, the stay in this matter should continue.

As directed by the Court, the United States will file its next status report on or before June 30, 2008.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN

                                        United States Attorney,

                                        /s/ Nancy Rue
                                        NANCY RUE
                                        Assistant U.S. Attorney
                                        United States Courthouse
                                        Suite 9200
                                        1 Courthouse Way
                                        Boston, MA 02210
Date: December 31, 2007           (617) 748-3100

**CERTIFICATE OF SERVICE**

I, Nancy Rue, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Nancy Rue
                                        NANCY RUE
                                        Assistant U.S. Attorney

Dated: December 31, 2007