```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>          Plaintiff,     )<br>                               )<br>     v.                        )<br>                               )<br>469 WASHINGTON STREET,         )<br>WALPOLE, MASSACHUSETTS,        )<br>          Defendant.           )<br>_____)<br>                               )<br>PATRICE SMITH,                 )<br>          Claimant.            )<br>_____)  | Civil Action No. 05-11662-RWZ |

## STATUS REPORT

On January 11, 2006, the Court stayed the above-captioned civil forfeiture action and ordered counsel to report on the status of the related criminal proceeding, <u>United States v Joyner et al.</u>, Docket No. 05-CR-10239-RCL, every six months.

On March 7, 2008, the Court denied the defendants' motion to suppress evidence obtained during a Title III intercept of various telephones. A jury trial has been scheduled for January 5, 2009.

Accordingly, the government respectfully submits that while the criminal case is pending, the stay in this matter should continue. As directed by the Court, the United States will file its next status report on or before December 31, 2008.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN

                                    United States Attorney,

                                    /s/ Kristina E. Barclay
                                    KRISTINA E. BARCLAY
                                    Assistant U.S. Attorney
                                    United States Courthouse
                                    Suite 9200
                                    1 Courthouse Way
                                    Boston, MA 02210
Date: June 25, 2008                 (617) 748-3100
```

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                                    /s/ Kristina E. Barclay
                                    KRISTINA E. BARCLAY
                                    Assistant U.S. Attorney
```

Dated: June 25, 2008